## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | * | **CIVIL ACTION** |
| **Plaintiff** | * | **NUMBER:  19-13355** |
| **v.** | * | **JUDGE** |
| **0.367 ACRES of LAND, MORE or LESS,** | * | **MAGISTRATE** |
| **SITUATED in PARISH of PLAQUEMINES** | | |
| **STATE of LOUISIANA, and ESTATE of** | * | **TRACT NO. 410E** |
| **MICHAEL JONES, ET AL** | | |
| | * | |
| **Defendants** | | |
| * | * | * |

## <u>COMPLAINT IN CONDEMNATION</u>

1.    This is an action of a civil nature brought by the United States of America for the taking of

property, under its power of eminent domain, and for the ascertainment and award of just

compensation to the parties in interest.

2.    The authority for the taking are set forth in Schedule "A" annexed hereto and made a part

hereof.

3.    The uses for which the property is to be taken and the property to be taken, the estates to

be taken and the names and addresses of the persons having or claiming an interest in said

property are described in Schedules "B", "C", "D",  "E",  "F"and "G" annexed hereto and

made a part hereof.

4.    Local and state taxing authorities may have or claim an interest in the property by reason

of taxes and assessments due and eligible.

- 1 -

**WHEREFORE**, Plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Fax: (504) 680-3174
glenn.schreiber@usdoj.gov

SCHEDULE A

Tract No. 410E

**AUTHORITY FOR THE TAKING:**

The authority for the taking of the interest in land is under and in accordance with 40

U.S.C. §§ 3113 and 3114; 33 U.S.C. §§ 591 and 594; and 33 U.S.C. § 701n, which authorizes

the repair and rehabilitation of any flood control work threatened or destroyed by flood; Section

203 of the Flood Control Act of 1962, Pub. L. No. 87-874, 76 Stat. 1173, 1184, as amended,

which authorized the hurricane flood protection project on the Mississippi River Delta at and

below New Orleans, Louisiana, now known as the New Orleans to Venice Hurricane Protection

Project; and Chapter 3 of Title I of Division B of the Emergency Supplemental Appropriations

to Address Hurricanes in the Gulf of Mexico, and Pandemic Influenza Act, 2006, Pub. L. No.

109-148, 119 Stat. 2680, 2762-2763, which Act made funds available for such purposes.

SCHEDULE B

Tract No. 410E

**PUBLIC USES:**

The public uses for which said interest in land is taken are as follows:

Said interest in land is necessary for the construction, repair and rehabilitation of the

New Orleans to Venice Hurricane Protection Project, Westbank River Levee, Plaquemines

Parish, Louisiana, and for such other use as may be authorized by Congress or by Executive

Order.

SCHEDULE C

Tract No. 410E

**LEGAL DESCRIPTION:**

A **CERTAIN TRACT OF LAND** designated as Tract No. 410E, together with any and all buildings, improvements and appurtenances thereon, located in Section 2, Township 20 South, Range 28 East, Plaquemines Parish, Louisiana, and being a portion of a right of way to be acquired to accommodate construction of the New Orleans to Venice Hurricane Protection Project, being more particularly described as follows:

For a **POINT OF REFERENCE (P.O.R.)**, commence at the U. S. Corps of Engineers Buras Levee District baseline monument at Station 841+61.84, having coordinate values of x=3839343.3408 and y=322785.8747, thence run South 58 degrees, 26 minutes, 23 seconds East along said Buras Levee District baseline a distance of 124.14 feet to a point, thence run South 33 degrees, 07 minutes, 09 seconds West a distance of 55.95 feet to the POINT OF BEGINNING (P.O.B.), having coordinate values of x=3839418.5535 and y=322674.0382.

From the **POINT OF BEGINNING**, run South 58 degrees, 24 minutes, 18 seconds East, a distance of 240.08 feet; thence run South 33 degrees, 07 minutes, 09 seconds West, a distance of 66.45 feet; thence run North 58 degrees, 26 minutes, 23 seconds West, a distance of 240.08 feet; thence run North 33 degrees, 07 minutes, 09 seconds East, a distance of 66.60 feet to the point of beginning.

The above described tract **0.367 acres, more or less**.

Being all or part of the same property acquired  by Joseph Jones (Sr.) and Ida B. Granderson Jones by cash sale dated October 7, 1925, from George Lee Hays, Daisy Lee Hays, Markley Lee Hays and Lee Hays recorded in COB 62, folio 53 of the Conveyance Records of Plaquemines Parish, Louisiana; and by Lucille Jones by Judgment of Possession in the Succession of Irving S. Jones case number 24-851, dated January 11, 1984, recorded January 12, 1984 in COB 584 folio 300 of the Conveyance Records of Plaquemines Parish, Louisiana; and Isley A. Riley and Oneas A. Riley by Judgment of Possession in the Succession of Jessica Jones Riley, case number 84-18666, dated December 14, 1984 in COB 606, folio 76 of the Conveyance Records of Plaquemines Parish, Louisiana; and by Virginia Jones Hunter by Judgment of Possession in the Succession of Vivian Jones Williams, case number 34-180,  dated June 22, 1990 recorded in COB 735, folio 635 of the Conveyance Records of Plaquemines Parish, Louisiana; and by Certificate of Redemption by Estate of Joseph Jones, Sr. et al dated September 8, 1995 and recorded in COB 867 folio147 of the Conveyance Records of Plaquemines Parish, Louisiana;  and by Charlton B. Ogden, II and Mary Ann Bradburn Ogden by sale from Calvin Jones dated October 11, 1963 and recorded in COB 266, folio 827 of the Conveyance Records of Plaquemines Parish, Louisiana; and by Frank A. Ashby, Jr., and Marvis Hardy Ashby, husband and wife, and  F. Rivers Lelong, Sr.,- single by sale dated August 5, 1986 from Charlton B. Ogden, II, husband of Mary Ann Bradburn Ogden, recorded in COB 651, folio77 of the Conveyance Records of Plaquemines Parish, Louisiana; and by Ashby Family

Properties, LLC by Act of Exchange and Capital Contribution by Frank Ashby, Jr. and Mavis Hardy Ashby dated November 6, 1967 and recorded in COB 924, folio 140 of the Conveyance Records of Plaquemines Parish, Louisiana; and by Charlotte Ogden Binnings, Charlton B. Ogden III and Michael Herbst Ogden by Judgment of Possession in the Succession of Mary Anne Bradburn Ogden, case number 97-30399, in the Twenty Second Judicial District Court for the Parish of St. Tammany, Louisiana recorded in COB 1242, folio 279 of the Conveyance Records of Plaquemines Parish, Louisiana; and by the Estate of F. Rivers Lelong, Sr. in the Succession proceedings filed in Civil District Court for the Parish of Orleans, State of Louisiana case number 11-6632, Division M, Letters of Independent Executorship approved June 22, 2011 being recorded in COB 1247 folio 829 of the Conveyance Records of Plaquemines Parish, Louisiana.  See also Affidavits of Death and Heirship are recorded in the conveyance records of Plaquemines Parish, Louisiana at the following entries: COB 1274 pages 833, 836, 839, 842, 842, 845, 849, 851, 854, 857 and COB 1248 pages 242, 246, 250, 254, 258, 262.

**SCH C, Page 2**



PLAQUEMINES PARISH, LOUISIANA
SECTION 2 , T20S-R28E
0.367 acres± (15965 square feet)

P.O.R.

APPARENT
WATERS
EDGE

P.O.B.

X = 3839343.3408
Y = 322785.8747

X = 3839418.5535
Y = 322674.0582

411CE

EXISTING LEVEE
R/W

EXISTING LEVEE
BASELINE

REQUIRED LEVEE
R/W

ERNEST J. VIDACOVICH ET AL

BEVERLY GLEASON
VIDACOVICH ET AL

PARISH HWY NO. 11

0        50        100

MICHAEL JONES ET AL

R.A.= 1.966 AC
(85640 square feet)
Perpetual Flood Protection Levee Easement

| DATE | REVISIONS |
|------|-----------|
| 7-20-07 | REVISED REQ'D. LEVEE R/W LINE |
| 8-29-13 | REVISED OWNER |
| 2-19-15 | REVISED SECTION INFORMATION |

PREPARED UNDER CONTRACT NO.
W912P8-05-D-0028
CONTRACTOR: EG ENGINEERS, INC.

DEPARTMENT OF THE ARMY
U.S. ARMY CORPS OF ENGINEERS
NEW ORLEANS DISTRICT

NEW ORLEANS TO VENICE HURRICANE
PROTECTION PROJECT
WESTBANK RIVER LEVEE
MICHAEL JONES, ET AL
TRACT NO. 410E

DATE: MARCH 30, 2006   | REV.  2-19-15

SCHEDULE D

Tract No. 410E

SCHEDULE E

<u>Tract No. 410E</u>

**ESTATE TAKEN:**

A perpetual and assignable right and easement in Tract No. 410E to construct, maintain, repair, operate, patrol and replace a flood protection levee, including all appurtenances thereto; reserving, however, to the owners, their heirs and assigns, all such rights and privileges in the land as may be used without interfering with or abridging the rights and easement hereby acquire; subject, however, to existing easements for public roads and highways, public utilities, railroads and pipelines.

SCHEDULE F

<u>Tract No. 410E</u>

**ESTIMATE OF JUST COMPENSATION:**

The estimated just compensation to be deposited in the Registry of the Court:  Fifteen Thousand and no/100 dollars ($15,000).

SCHEDULE G

Tract No. 410E

**NAMES AND ADDRESSES OF INTERESTED PARTIES:**

Mabel Beasley
*aka* Mable Mackey Beasley
1636 Haydel Drive
Marrero, LA  70072

Inez Burton
*aka* Inez Mackey Burton
1501 Gallier Street
New Orleans, LA  70117

Sylvania M. Barnette
*aka* Sylvania Mackey Barnett
3034 N. Claiborne Avenue
New Orleans, LA  70117

Ashby Family Properties, L.L.C.
c/o Frank A. Ashby, Jr.
228 St. Charles Avenue
New Orleans, LA  70130

Virginia Jones Hunter
179 Lucretia Lane
Buras, LA  70041

Benjamin Jones, Sr.
31340 Highway 23
Buras, LA  70041

Ulis S. Jones, Sr.
*aka* Ulis S. Jones
2713 Cardinal Drive
Marrero, LA  70072

Elaine Jones
*aka* Elaine Jones Moore
245 W. Bobier Drive St. 45
Vista, CA  92083

Anita Jones Doty
8841 S. Ridgeland Avenue
Chicago, IL  60617

Carmena Jones Washington
11323 S. Wallace Street
Chicago, IL  60628

Francis Rivers Lelong, Jr.
Independent Co-Executor of the
Succession of Francis Rivers Lelong, Sr.
Jones Walker Law Firm, 50th Floor
201 St. Charles Avenue
New Orleans, LA  70170

Bruce Richardson Lelong
Independent Co-Executor of the
Succession of Francis Rivers Lelong, Sr.
6033 Constance St.
New Orleans, La. 70118

Charlton Beattie Ogden, III
23 Hummingbird Road
Covington, LA  70433

Michael Herbst Ogden
aka Michael Herbert Ogden
118 West 24th Avenue
Covington, LA  70433

Charlotte Ogden Binnings
527 West 14th Street
Covington, LA  70433

Earl Mackey
110 Gaulding Street
Jefferson, LA  70121

Michael Jones aka Michael Joseph Jones
7001 Lawrence Road, Apt. 220
New Orleans, LA  70126

Monique Jones
8300 Red Bluff Road, Apt. 628
Pasadena, TX  77507

**SCH G, Page 2**

Bettina Smith
7817 Mayo Boulevard
New Orleans, LA  70126

Michael Collins
Address unknown

Melony Collins-Banks
*aka* Melony Collins
3118 Monroe Street
New Orleans, LA  70118

Unknown Owners

District Attorney
c/o Charles J. Ballay
25th Judicial District Court
81; 301-A Main Street
Belle Chasse, La. 70037

Judgments against Michael I. Jones, *aka*
Michael Jones, recorded at Book 414, Page
245; Book 418, Page 409; Book 431, Page
81; and Book 431, Page 83, Mortgage
Records of Plaquemines Parish

NAS JRB Credit Union, represented by
Joshua P. Mathews, attorney
2550 Belle Chasse hwy, Suite 200
Gretna, La. 70053

Judgment against Michael D. Collins
recorded Book 634, folio 78, Mortgage
Records of Plaquemines Parish

Plaquemines Parish Government
c/o President Billy Nungesser
8056 Highway 23, Suite 308
Belle Chasse, LA  70037

Commandeering Authority

Sheriff & Ex-Officio Tax Collector
Parish of Plaquemines
302 Main Street
Belle Chasse, LA  70037

Taxing Authority

**SCH G, Page 3**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff    Orleans
                        *(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Glenn K. Schreiber, AUSA    650 Poydras St., Suite 1600
U.S. Attorney's Office        New Orleans, LA 70130
Eastern District of Louisiana    504-680-3093

## DEFENDANTS

0.367 Acres of Land, more or less, situated in Parish of Plaquemines, States of Louisiana, and Estate of Michael Jones, et al

County of Residence of First Listed Defendant    Plaquemines
                       *(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
     Plaintiff

☐ 2   U.S. Government
     Defendant

☐ 3   Federal Question
     *(U.S. Government Not a Party)*

☐ 4   Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product      Product Liability | |      28 USC 157 |      3729(a)) |
| ☐ 140 Negotiable Instrument |      Liability    ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &      Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
|      & Enforcement of Judgment |      Slander      Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'      Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted |      Liability    ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
|      Student Loans | ☐ 340 Marine      Injury Product | |      New Drug Application | ☐ 470 Racketeer Influenced and |
|      (Excludes Veterans) | ☐ 345 Marine Product      Liability | | ☐ 840 Trademark |      Corrupt Organizations |
| ☐ 153 Recovery of Overpayment |      Liability    **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
|      of Veteran's Benefits | ☐ 350 Motor Vehicle    ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle    ☐ 371 Truth in Lending |      Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract |      Product Liability    ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) |      Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal      Property Damage |      Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |      Injury    ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury -      Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| |      Medical Malpractice |      Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |      Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights    **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting    ☐ 463 Alien Detainee |      Income Security Act |      or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment    ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party |      Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/      Sentence | |      26 USC 7609 |      Agency Decision |
| ☐ 245 Tort Product Liability |      Accommodations    ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -    ☐ 535 Death Penalty | **IMMIGRATION** | |      State Statutes |
| |      Employment    **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities -    ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| |      Other    ☐ 550 Civil Rights |      Actions | | |
| | ☐ 448 Education    ☐ 555 Prison Condition | | | |
| |    ☐ 560 Civil Detainee - | | | |
| |      Conditions of | | | |
| |      Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
     Proceeding

☐ 2   Removed from
     State Court

☐ 3   Remanded from
     Appellate Court

☐ 4   Reinstated or
     Reopened

☐ 5   Transferred from
     Another District
     *(specify)*

☐ 6   Multidistrict
     Litigation -
     Transfer

☐ 8   Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rule 71A, Fed.R.Civ.P. and the 5th Amendment of the Constitution per 28 USC Sec. 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE    10/30/2019

SIGNATURE OF ATTORNEY OF RECORD    /s/ Glenn K. Schreiber

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____